IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CS DIAGNOSTICS, CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-cv-1158-N-BN |
| | § | |
| LUKE WILSON, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The Court therefore GRANTS the motion to lift the stay [Dkt. No. 59] and DENIES the remaining pending motions [Dkt. Nos. 7, 21, 25, & 38].

SO ORDERED this 27th day of July, 2026.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE